*Hodges, et al., Petitioners, v. Tritz, et al., Respondents,* No. 74125-5. Petition for review of a decision of the Court of Appeals, No. 49464-3-I, March 3, 2003, 115 Wn. App. 1054. *Denied* December 2, 2003.

*State, Petitioner, v. Kruger, Respondent,* No. 74080-1. Petition for review of a decision of the Court of Appeals, No. 20971-7-III, May 1, 2003, 116 Wn. App. 685. *Denied* December 2, 2003.

State, Respondent, v. Resop, Petitioner. In re Personal Restraint of Resop, Petitioner, No. 73782-7. Petition for review of a decision of the Court of Appeals, Nos. 27931-2--II, 28873-7-II, February 28, 2003. *Denied* December 2, 2003.

State, Respondent, v. Richman, Petitioner, No. 73907-2. Petition for review of a decision of the Court of Appeals, No. 27257-1-II, March 18, 2003. *Denied* December 2, 2003.

State, Respondent, v. Harper, Petitioner, No. 74078-0. Petition for review of a decision of the Court of Appeals, No. 27916-9-II, May 28, 2003. *Denied* December 2, 2003.

*State, Petitioner, v. Lown, Respondent,* No. 73959-5. Petition for review of a decision of the Court of Appeals, No. 21217-3-III, April 10, 2003, 116 Wn. App. 402. *Denied* December 4, 2003.

State, Respondent, v. Wall, Petitioner, No. 73846-7. Petition for review of a decision of the Court of Appeals, No. 49273-0-I, February 24, 2003. *Denied* December 4, 2003.